UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| CASCO ATDNER, | * | CIVIL ACTION NO. |
| *Plaintiff* | * | |
| VERSUS | * | **18-9411** |
| | * | |
| GEORGE KISTER and JULIO ALVARADO, both individually and their official capacity as duly sworn officers with Jefferson Parish Sheriff's Office, JOHN AND JANE DOE 1-10, ABC INSURANCE COMPANIES 1-10, JOSPEPH LOPINTO, in his official capacity as Sheriff of Jefferson Parish only. | * | SECTION |
| | * | SECT. R MAG. 4 |
| | * | |
| | * | JURY TRIAL DEMANDED |
| *Defendants* | * | |

## ORDER

Considering the foregoing *Motion to File Complaint Under Seal*,

**IT IS ORDERED** that the Complaint be maintained under seal, upon sealing, only be reviewed in camera in order to for the Court to consider the Motion or unsealed pursuant to another Court's order or in the interests of justice.

ORDERED in New Orleans, Louisiana, this 10th day of October, 2018.

*Sarah Vance*
**UNITED STATES DISTRICT JUDGE**

1