## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

ATDNER CASCO                                    CIVIL ACTION

VERSUS                                          NO.  18-9411

GEORGE KISTER, ET AL                            SECTION "R"(4)

### ANSWER TO FIRST AMENDED COMPLAINT

**NOW INTO COURT**, through undersigned counsel, come Defendants, Sheriff Joseph P. Lopinto, III, George Kister, Daniel Lassus, Blake Hollifield and Julio Alvarado, who, in response to the First Amended Complaint filed herein by the Plaintiff, respectfully submit the following:

### AFFIRMATIVE DEFENSES

Defendants do hereby adopt and incorporate herein by references those affirmative defenses asserted in their Answer to the original Complaint herein.

And now, defendants respond to the allegations of the plaintiff's Complaint, paragraph by paragraph, as follows:

I.

The allegations contained in paragraph 1 are denied for lack of sufficient information upon which to justify a belief therein.

II.

The allegations contained in paragraph 2 are admitted.

III.

The allegations contained in paragraph 3 require no answer; however, in an abundance of caution, those allegations are denied.

IV.

The allegations contained in paragraph 4 are admitted.

V.

The allegations contained in paragraph 5 are denied for lack of sufficient information upon which to justify a belief therein.

VI.

The allegations contained in paragraph 6 require no answer; however, in an abundance of caution, those allegations are denied.

VII.

The allegations contained in paragraph 7 are admitted.

VIII.

The allegations contained in paragraph 8 are admitted.

IX.

The allegations contained in paragraph 9 are admitted.

X.

The allegations contained in paragraph 10 are admitted.

XI.

The allegations contained in paragraph 11 are admitted.

XII.

The allegations contained in paragraph 12 are denied for lack of sufficient information upon which to justify a belief therein.

XIII.

The allegations contained in paragraph 13 are denied for lack of sufficient information upon which to justify a belief therein.

XIV.

The allegations contained in paragraph 14 are admitted.

XV.

The allegations contained in paragraph 15 are admitted.

XVI.

The allegations contained in paragraph 16 are admitted.

XVII.

The allegations contained in paragraph 17 are denied as written.

XVIII.

The allegations contained in paragraph 18 are admitted.

XIX.

The allegations contained in paragraph 19 are denied for lack of sufficient information upon which to justify a belief therein.

XX.

The allegations contained in paragraph 20 are denied for lack of sufficient information upon which to justify a belief therein.

XXI.

The allegations contained in paragraph 21 are admitted.

XXII.

The allegations contained in paragraph 22 are denied for lack of sufficient information upon which to justify a belief therein.

XXIII.

The allegations contained in paragraph 23 are denied for lack of sufficient information upon which to justify a belief therein.

XXIV.

The allegations contained in paragraph 24are denied for lack of sufficient information upon which to justify a belief therein.

XXV.

The allegations contained in paragraph 25 are denied for lack of sufficient information upon which to justify a belief therein.

XXVI.

The allegations contained in paragraph 26 are denied.

XXVII.

The allegations contained in paragraph 27 are denied.

XXVIII.

The allegations contained in paragraph 28 are denied for lack of sufficient information upon which to justify a belief therein.

4

XXIX.

The allegations contained in paragraph 29 are admitted.

XXX.

The allegations contained in paragraph 30 are denied for lack of sufficient information upon which to justify a belief therein.

XXXI.

The allegations contained in paragraph 31 are denied for lack of sufficient information upon which to justify a belief therein.

XXXII.

The allegations contained in paragraph 32 are denied.

XXXIII.

The allegations contained in paragraph 33 are denied for lack of sufficient information upon which to justify a belief therein.

XXXIV.

The allegations contained in paragraph 34 are denied as written.

XXXV.

The allegations contained in paragraph 35 are denied for lack of sufficient information upon which to justify a belief therein.

XXXVI.

The allegations contained in paragraph 36 are admitted.

XXXVII.

The allegations contained in paragraph 37 are denied for lack of sufficient information upon which to justify a belief therein.

XXXVIII.

The allegations contained in paragraph 38 are denied.

XXXIX.

The allegations contained in paragraph 39 are denied.

XL.

The allegations contained in paragraph 40 are denied for lack of sufficient information upon which to justify a belief therein.

XLI.

The allegations contained in paragraph 41 are denied for lack of sufficient information upon which to justify a belief therein.

XLII.

The allegations contained in paragraph 42 are denied for lack of sufficient information upon which to justify a belief therein.

XLIII.

The allegations contained in paragraph 43 are denied for lack of sufficient information upon which to justify a belief therein.

XLIV.

The allegations contained in paragraph 44 are denied for lack of sufficient information upon which to justify a belief therein.

XLV.

The allegations contained in paragraph 45 are denied.

XLVI.

The allegations contained in paragraph 46 are denied for lack of sufficient information upon which to justify a belief therein.

XLVII.

The allegations contained in paragraph 47 are denied for lack of sufficient information upon which to justify a belief therein.

XLVIII.

The allegations contained in paragraph 48 are denied, except to admit that, at some point in time, the defendant deputies were provided with information suggesting that plaintiff had custody of his child.

XLIX.

The allegations contained in paragraph 49 are denied.

L.

The allegations contained in paragraph 50 are admitted.

LI.

The allegations contained in paragraph 51 are admitted.

LII.

The allegations contained in paragraph 52 are denied for lack of sufficient information upon which to justify a belief therein.

LIII.

The allegations contained in paragraph 53 are denied for lack of sufficient information upon which to justify a belief therein.

LIV.

The allegations contained in paragraph 54 are denied for lack of sufficient information upon which to justify a belief therein.

LV.

The allegations contained in paragraph 55 are denied for lack of sufficient information upon which to justify a belief therein.

LVI.

The allegations contained in paragraph 56 are denied.

LVII.

The allegations contained in paragraph 57 are denied for lack of sufficient information upon which to justify a belief therein.

LVIII.

The allegations contained in paragraph 58 are denied, except to admit that, at some point in time during the incident, plaintiff was handcuffed.

LIX.

The allegations contained in paragraph 59 are admitted.

LX.

The allegations contained in paragraph 60 are denied.

LXI.

The allegations contained in paragraph 61 are denied for lack of sufficient information upon which to justify a belief therein.

LXII.

The allegations contained in paragraph 62 are denied.

LXIII.

The allegations contained in paragraph 63 are denied for lack of sufficient information upon which to justify a belief therein.

LXIV.

The allegations contained in paragraph 64 are denied.

LXV.

The allegations contained in paragraph 65 are denied.

LXVI.

The allegations contained in paragraph 66 are denied for lack of sufficient information upon which to justify a belief therein.

LXVII.

The allegations contained in paragraph 67 are denied.

LXVIII.

The allegations contained in paragraph 68 are denied.

LXIX.

The allegations contained in paragraph 69 are admitted.

LXX.

The allegations contained in paragraph 70 are denied.

LXXI.

The allegations contained in paragraph 71 are denied.

LXXII.

The allegations contained in paragraph 72 are denied as they pertain to the defendant officers.

LXXIII.

The allegations contained in paragraph 73 are denied for lack of sufficient information upon which to justify a belief therein.

LXXIV.

The allegations contained in paragraph 74 are denied for lack of sufficient information upon which to justify a belief therein.

LXXV.

The allegations contained in paragraph 75 are denied for lack of sufficient information upon which to justify a belief therein.

LXXVI.

The allegations contained in paragraph 76 are denied for lack of sufficient information upon which to justify a belief therein.

LXXVII.

The allegations contained in paragraph 77 are denied for lack of sufficient information upon which to justify a belief therein.

LXXVIII.

The allegations contained in paragraph 78 are denied for lack of sufficient information upon which to justify a belief therein.

LXXIX.

The allegations contained in paragraph 79 are denied for lack of sufficient information upon which to justify a belief therein.

LXXX.

The allegations contained in paragraph 80 are denied.

LXXXI.

The allegations contained in paragraph 81 are denied.

LXXXII.

The allegations contained in paragraph 82 are admitted.

LXXXIII.

The allegations contained in paragraph 83 are denied, in that there is no finding of "passed."

LXXXIV.

The allegations contained in paragraph 84 are denied, in that there is no finding of "passed."

LXXXV.

The allegations contained in paragraph 85 are denied, in that there is no finding of "failed."

LXXXVI.

The allegations contained in paragraph 86 are admitted.

LXXXVII.

The allegations contained in paragraph 87 are admitted.

LXXXVIII.

The allegations contained in paragraph 88 are denied for lack of sufficient information upon which to justify a belief therein.

LXXXIX.

The allegations contained in paragraph 89 are admitted.

XC.

The allegations contained in paragraph 90 are denied for lack of sufficient information upon which to justify a belief therein.

XCI.

The allegations contained in paragraph 91 are denied for lack of sufficient information upon which to justify a belief therein.

XCII.

The allegations contained in paragraph 92 are denied for lack of sufficient information upon which to justify a belief therein.

XCIII.

The allegations contained in paragraph 93 are admitted.

XCIV.

The allegations contained in paragraph 94 are denied for lack of sufficient information upon which to justify a belief therein.

XCV.

The allegations contained in paragraph 95 are denied for lack of sufficient information upon which to justify a belief therein.

XCVI.

The allegations contained in paragraph 96 are denied for lack of sufficient information upon which to justify a belief therein.

XCVII.

The allegations contained in paragraph 97 are denied for lack of sufficient information upon which to justify a belief therein.

XCVIII.

The allegations contained in paragraph 98 are denied for lack of sufficient information upon which to justify a belief therein.

XCIX.

The allegations contained in paragraph 99 are denied for lack of sufficient information upon which to justify a belief therein.

C.

The allegations contained in paragraph 100 are denied for lack of sufficient information upon which to justify a belief therein.

CI.

The allegations contained in paragraph 101 are denied for lack of sufficient information upon which to justify a belief therein.

CII.

The allegations contained in paragraph 102 are denied for lack of sufficient information upon which to justify a belief therein.

CIII.

The allegations contained in paragraph 103 are denied for lack of sufficient information upon which to justify a belief therein.

CIV.

The allegations contained in paragraph 104 are denied.

CV.

The allegations contained in paragraph 105 are denied for lack of sufficient information upon which to justify a belief therein.

CVI.

The allegations contained in paragraph 106 are denied for lack of sufficient information upon which to justify a belief therein.

CVII.

The allegations contained in paragraph 107 are denied for lack of sufficient information upon which to justify a belief therein.

CVIII.

The allegations contained in paragraph 108 are denied.

CIX.

The allegations contained in paragraph 109 are denied.

CX.

The allegations contained in paragraph 110 are denied for lack of sufficient information upon which to justify a belief therein.

CXI.

The allegations contained in paragraph 111 are denied for lack of sufficient information upon which to justify a belief therein.

CXII.

The allegations contained in paragraph 112 require no answer; however, in an abundance of caution, those allegations are denied.

CXIII.

The allegations contained in paragraph 113 are admitted.

CXIV.

The allegations contained in paragraph 114 are admitted.

CXV.

The allegations contained in paragraph 115 are denied.

CXVI.

The allegations contained in paragraph 116 are denied for lack of sufficient information upon which to justify a belief therein.

CXVII.

The allegations contained in paragraph 117 are denied.

CXVIII.

The allegations contained in paragraph 118 are denied for lack of sufficient information upon which to justify a belief therein.

CXIX.

The allegations contained in paragraph 119 are denied.

CXX.

The allegations contained in paragraph 120 are denied.

CXXI.

The allegations contained in paragraph 121 are denied for lack of sufficient information upon which to justify a belief therein.

CXXII.

The allegations contained in paragraph 122 are denied.

CXXIII.

The allegations contained in paragraph 123 are denied for lack of sufficient information upon which to justify a belief therein.

CXXIV.

The allegations contained in paragraph 124 are denied for lack of sufficient information upon which to justify a belief therein.

CXXV.

The allegations contained in paragraph 125 are denied for lack of sufficient information upon which to justify a belief therein.

CXXVI.

The allegations contained in paragraph 126 are denied.

CXXVII.

The allegations contained in paragraph 127 are admitted.

CXXVIII.

The allegations contained in paragraph 128 are denied.

CXXIX.

The allegations contained in paragraph 129 are denied for lack of sufficient information upon which to justify a belief therein.

CXXX.

The allegations contained in paragraph 130 are denied.

CXXXI.

The allegations contained in paragraph 131 are denied.

CXXXII.

The allegations contained in paragraph 132 require no answer; however, in an abundance of caution, those allegations are denied.

CXXXIII.

The allegations contained in paragraph 133 are admitted.

CXXXIV.

The allegations contained in paragraph 134 are denied for lack of sufficient information upon which to justify a belief therein.

CXXXV.

The allegations contained in paragraph 135 are denied.

CXXXVI.

The allegations contained in paragraph 136 are denied.

CXXXVII.

The allegations contained in paragraph 137 are denied.

CXXXVIII.

The allegations contained in paragraph 138 are denied.

CXXXIX.

The allegations contained in paragraph 139 are denied.

CXL.

The allegations contained in paragraph 140 are denied for lack of sufficient information upon which to justify a belief therein.

CXLI.

The allegations contained in paragraph 141 are denied.

CXLII.

The allegations contained in paragraph 142 are denied for lack of sufficient information upon which to justify a belief therein.

CXLIII.

The allegations contained in paragraph 143 are denied.

CXLIV.

The allegations contained in paragraph 144 are denied.

CXLV.

The allegations contained in paragraph 145 are denied.

CXLVI.

The allegations contained in paragraph 146 require no answer; however, in an abundance of caution, those allegations are denied.

CXLVII.

The allegations contained in paragraph 147 are admitted.

CXLVIII.

The allegations contained in paragraph 148 are denied for lack of sufficient information upon which to justify a belief therein.

CXLIX.

The allegations contained in paragraph 149 are denied for lack of sufficient information upon which to justify a belief therein.

CL.

The allegations contained in paragraph 150 are denied for lack of sufficient information upon which to justify a belief therein.

CLI.

The allegations contained in paragraph 151 require no answer; however, in an abundance of caution, those allegations are denied.

CLII.

The allegations contained in paragraph 152 are admitted.

CLIII.

The allegations contained in paragraph 153 are denied.

CLIV.

The allegations contained in paragraph 154 are denied.

CLV.

The allegations contained in paragraph 155 are denied.

CLVI.

The allegations contained in paragraph 156 are denied for lack of sufficient information upon which to justify a belief therein.

CLVII.

The allegations contained in paragraph 157 are denied.

CLVIII.

The allegations contained in paragraph 158 require no answer; however, in an abundance of caution, those allegations are denied.

CLIX.

The allegations contained in paragraph 159 are denied.

CLX.

The allegations contained in paragraph 160 are denied.

CLXI.

The allegations contained in paragraph 161 are denied.

CLXII.

The allegations contained in paragraph 162 are denied.

CLXIII.

The allegations contained in paragraph 163 are denied.

CLXIV.

The allegations contained in paragraph 164 are denied.

CLXV.

The allegations contained in paragraph 165 are denied.

CLXVI.

The allegations contained in paragraph 166 are denied for lack of sufficient information upon which to justify a belief therein.

CLXVII.

The allegations contained in paragraph 167 are denied.

CLXVIII.

The allegations contained in paragraph 168 are denied.

CLXIX.

The allegations contained in paragraph 169 are denied.

CLXX.

The allegations contained in paragraph 170 are denied.

CLXXI.

The allegations contained in paragraph 171 are denied for lack of sufficient information upon which to justify a belief therein.

CLXXII.

The allegations contained in paragraph 172 are denied.

CLXXIII.

The allegations contained in paragraph 173 require no answer; however, in an abundance of caution, those allegations are denied.

CLXXIV.

The allegations contained in paragraph 174 are denied for lack of sufficient information upon which to justify a belief therein.

CLXXV.

The allegations contained in paragraph 175 are denied.

CLXXVI.

The allegations contained in paragraph 176 are denied.

CLXXVII.

The allegations contained in paragraph 177 are denied.

CLXXVIII.

The allegations contained in paragraph 178 are denied.

CLXXIX.

The allegations contained in paragraph 179 are denied.

CLXXX.

The allegations contained in paragraph 180 require no answer; however, in an abundance of caution, those allegations are denied.

CLXXXI.

The allegations contained in paragraph 181 are denied.

CLXXXII.

The allegations contained in paragraph 182 are denied.

CLXXXIII.

The allegations contained in paragraph 183 are denied.

CLXXXIV.

The allegations contained in paragraph 184 require no answer; however, in an abundance of caution, those allegations are denied.

CLXXXV.

The allegations contained in paragraph 185 are admitted.

CLXXXVI.

The allegations contained in paragraph 186 are admitted.

CLXXXVII.

The allegations contained in paragraph 187 are denied.

CLXXXVIII.

The allegations contained in paragraph 188 are denied.

CLXXXIX.

The allegations contained in paragraph 189 are denied.

CXC.

The allegations contained in paragraph 190 require no answer; however, in an abundance of caution, those allegations are denied.

CXCI.

The allegations contained in paragraph 191 are denied.

CXCII.

The allegations contained in paragraph 192 are denied.

CXCIII.

The allegations contained in paragraph 193 are denied.

CXCIV.

The allegations contained in paragraph 194 require no answer; however, in an abundance of caution, those allegations are denied.

CXCV.

The allegations contained in paragraph 195 are denied.

CXCVI.

The allegations contained in paragraph 196 are denied.

CXCVII.

The allegations contained in paragraph 197 are denied.

CXCVIII.

The allegations contained in paragraph 198 are denied.

CXCIX.

The allegations contained in paragraph 199 are denied.

CC.

The allegations contained in paragraph 200 are denied.

CCI.

The allegations contained in paragraph 201 are denied.

CCII.

The allegations contained in paragraph 202 are denied.

CCIII.

The allegations contained in paragraph 203 are denied.

CCIV.

The allegations contained in paragraph 204 require no answer; however, in an abundance of caution, those allegations are denied.

CCV.

The allegations contained in paragraph 205 are denied.

CCVI.

The allegations contained in paragraph 206 are denied.

CCVII.

The allegations contained in paragraph 207 are denied.

CCVIII.

The allegations contained in paragraph 208 are denied for lack of sufficient information upon which to justify a belief therein.

CCIX.

The allegations contained in paragraph 209 are denied for lack of sufficient information upon which to justify a belief therein.

CCX.

The allegations contained in paragraph 210 require no answer; however, in an abundance of caution, those allegations are denied.

CCXI.

The allegations contained in paragraph 211 are denied.

CCXII.

The allegations contained in paragraph 212 are denied.

CCXIII.

The allegations contained in paragraph 213 require no answer; however, in an abundance of caution, those allegations are denied.

CCXIV.

The allegations contained in paragraph 214 are denied for lack of sufficient information upon which to justify a belief therein.

CCXV.

The allegations contained in paragraph 215 are denied.

CCXVI.

The allegations contained in paragraph 216 are denied for lack of sufficient information upon which to justify a belief therein.

CCXVII.

Further answering, Defendants respectfully aver that any and all actions taken by any of the Jefferson Parish Sheriff's Office defendant deputies during the course of the incidents complained of herein were taken in good faith, with probable cause, and without malice, entitling them to qualified immunity.

CCXVIII.

Defendants respectfully request trial by jury on all issues herein.

**WHEREFORE,** Defendants, Sheriff Joseph P. Lopinto, III, George Kister, Daniel Lassus, Blake Hollifield and Julio Alvarado, pray that this Answer be deemed good and sufficient and that, after due proceedings are had, there be judgment herein in favor of Defendants, Sheriff Joseph P. Lopinto, III, George Kister, Daniel Lassus, Blake Hollifield and Julio Alvarado, and against the Plaintiff, Atdner Casco, dismissing the Plaintiff's Complaint, with prejudice, and at Plaintiff's costs.

Respectfully submitted,

**MARTINY & ASSOCIATES, LLC**
131 Airline Highway - Suite 201
Metairie, Louisiana 70001
Telephone: (504) 834-7676
Facsimile: (504) 834-5409
E-mail: danny@martinylaw.com
        jeff@martinylaw.com

*/s/ Daniel R. Martiny*
**DANIEL R. MARTINY (9012)**
**JEFFREY D. MARTINY (35012)**
Attorneys for Defendants, Sheriff Joseph P. Lopinto, III, George Kister, Daniel Lassus, Blake Hollifield and Julio Alvarado

## CERTIFICATE OF SERVICE

I hereby certify that on the 4th day of August, 2020, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send a notice of electronic filing to all participating counsel of record herein.

*/s/ Daniel R. Martiny*
DANIEL R. MARTINY (9012)

27