# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF LOUISIANA

**CASCO ATDNER**                                              **CIVIL ACTION**

**VERSUS**                                                      **NO. 18-9411**

**GEORGE KISTER, ET AL.**                         **SECTION "R" (4)**
                                                                   MAG. JUDGE KAREN L. HAYES

## STIPULATED VOLUNTARY DISMISSAL
_____

      Plaintiff and Defendants (collectively, "the Parties"), have amicably resolved this suit, and by and through their undersigned counsel, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, request that the Court dismiss this action with prejudice, with each party to pay its own costs and fees.

      Respectfully submitted this 23rd day of November, 2020.

                                        /s/ Casey Denson_____
                                        **Casey Rose Denson, Esq. (#33363)**
                                        Casey Denson Law, LLC
                                        3436 Magazine Street, Unit #7005
                                        New Orleans, LA 70115
                                        Telephone: (504) 224-0110
                                        E-mail: cdenson@caseydensonlaw.com
                                        Attorney for Plaintiff

                                        /s/ ____J. Casey Cowley_____
                                        **J. Casey Cowley (Bar Roll #30454)**
                                        620 North Carrollton Avenue
                                        New Orleans, Louisiana 70119
                                        P: (504) 485-6554
                                        F: (504) 218-5628
                                        LITIGATION@CASEYCOWLEY.COM

                                        /s/ Kenneth C. Bordes_____
                                        **Kenneth C. Bordes (Bar #35668)**
                                        **KENNETH C. BORDES,**
                                        **ATTORNEY AT LAW, LLC**
                                        2725 LAPEYROUSE ST.

NEW ORLEANS, LA 70119
P: 504-588-2700
F: 504-708-1717
E: KCB@KENNETHBORDES.COM

***ATTORNEYS FOR PLAINTIFF***

/s/ __Daniel Martiny_____
 Daniel Martiny
 DANIEL R. MARTINY (9012)
 JEFFREY D. MARTINY (35012)
 Attorneys for Defendants, Sheriff Joseph
 MARTINY & ASSOCIATES, LLC
 131 Airline Highway - Suite 201
 Metairie, Louisiana 70001
 Telephone: (504) 834-7676
 Facsimile: (504) 834-5409
 E-mail: danny@martinylaw.com
           jeff@martinylaw.com

***ATTORNEYS FOR DEFENDANTS***